# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIA AGUILERA, individually and as the Successor-in-Interest to the ESTATE OF MIGUEL AGUILERA TELLEZ; and JULIAN AGUILERA,<br><br>Plaintiffs,<br><br>v.<br><br>UNOCAL CORPORATION; CHEVRON U.S.A. INC.; DOES 1 through 50; ROES A through Z; inclusive,<br><br>Defendants. | Case No. 2:22-cv-01394-FWS-PD<br><br>**JUDGMENT** |

On August 14, 2023, after full consideration of the papers, evidence, and authorities submitted by the parties, and after hearing oral argument on May 25, 2023, the court issued an Order, (Dkt. 88 ("Summary Judgment Order")), granting Defendants Unocal Corporation's and Chevron U.S.A., Inc.'s (collectively, "Defendants") Motions for Summary Judgment, (Dkts. 47, 48), on each of Plaintiffs Rosalia Aguilera, individually and as the successor-in-interest to the Estate of Miguel Aguilera Tellez, and Julian Aguilera's ("Plaintiffs") claims for premises liability and negligence.

In the Summary Judgment Order, the court also ordered Defendants to file a proposed judgment by August 24, 2023, and Plaintiffs to file any objections to the proposed judgment by September 5, 2023. (Dkt. 88 at 24.) On August 24, 2023, Defendants filed a Proposed Final Judgment. (Dkt. 90.) As of the date of this Order, Plaintiffs have not filed any objections in response to Defendants' Proposed Final Judgment. (*See generally* Dkt.)

Accordingly, the court finds Defendants are entitled to judgment as a matter of law on all claims asserted in this action. In accordance with the court's summary judgment Order, (Dkt. 88), the court **ORDERS** the following:

1. Final Judgment is entered in favor of Defendants and against Plaintiffs on all claims. Plaintiffs shall recover nothing from Defendants.

2. Any motion or application for costs made by Defendants must be filed in compliance with L. R. 54-2, *et seq.*

3. The Clerk is hereby directed to enter Judgment forthwith.

**IT IS SO ORDERED**.

Dated: September 6, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE